AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Erik Godoy<br>a/k/a Eddie Godoy,<br>Godoy Eric, and Erik Naan Godoy<br><br>*Defendant(s)* | )<br>)<br>) Case No. 12-8430-JMH<br>)<br>)<br>) |

FILED by _____ D.C.

NOV - 7 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 2, 2012__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal re-entry after deportation. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

Lori Cercy Special Agent (ICE)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11/07/2012__

_____
Judge's signature

City and state: __WEST PALM BEACH, FLORIDA__    JAMES M. HOPKINS, U.S. MAGISTRATE JUDGE
*Printed name and title*

I, Lori Cercy, being duly sworn, hereby depose and say that:

    1.  I am a Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), previously known as the Immigration and Naturalization Service and United States Customs Service, and have so been employed since October 1996.  I have received specialized training and I am experienced in the requirements for aliens to enter the United States.  The facts contained in the affidavit are based on my personal knowledge, and observations and facts related to me by other law enforcement personnel. Because this affidavit is submitted for the limited purpose of establishing probable cause for a criminal complaint, it does not include all of the details of the investigation of which your affiant is aware.

    2.  On or About November 2, 2012, Erik GODOY was arrested by the Palm Beach Sheriffs Office and placed in custody at the Palm Beach County Jail. Queries of several federal indices indicated that Erik GODOY had been previously apprehended and assigned Alien number A088900457.  The records indicated that GODOY, an alien, had previously been removed from the United States on December 29, 2008. As a result of this information an immigration detainer was placed on Erik GODOY.

    3.  On November 07, 2012, fingerprints which were taken from GODOY at the time of his arrest on November 02, 2012 were submitted to the Federal Bureau of Investigations (FBI) for examination. This submission resulted in a match to FBI record, file number FBI#787580PC4 referencing the name Erik Naan GODOY.  In addition, photographs taken from

1

GODOY's Alien File were compared to the booking photos of GODOY. A photograph comparison also appears to indicate that they are one in the same individual.

4. On November 7, 2012 your Affiant received and reviewed documents found in the Alien File assigned to Erik GODOY, which is the receptacle for all information maintained by ICE about an alien. Information in this alien file indicates that GODOY, born on December 20, 1978 and a citizen of Guatemala, had previously been removed from the United States on December 29, 2008.

5. Your Affiant has reviewed the following documents contained in GODOY's alien file: (i) an executed Form I-205 (Warrant of Removal) which verifies GODOY's removal from the United States to Guatemala on December 29, 2008, and contains his signature and right index fingerprint, (ii) an executed Form I-294 (Warning to Alien Removed or Deported) which warns the alien that he is prohibited from entering or attempting to enter the United States at any time without permission from the Attorney General of the United States, or his successor for a period of ten years. There is no record in GODOY's alien file showing that he has received permission to return to the United States.

6. In view of the forgoing, I submit that there is probable cause to believe that on or about November 02, 2012 Erik GODOY was found in the United States after having been removed without having obtained the permission of the Attorney General of the

United States or his successor, in violation of Title 8, United States Code, Section 1326.

FURTHER AFFIANT SAYETH NAUGHT.

_____
LORI CERCY
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

SWORN TO AND SUBSCRIBED
BEFORE ME THIS ___7___ DAY OF NOVEMBER 2012
AT WEST PALM BEACH, FLORIDA.

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 12-8430-JMH

UNITED STATES OF AMERICA

vs.

Erik Godoy, a/k/a Eddie Godoy,
 Godoy Eric, and Erik Naan Godoy
                    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
CAROLYN BELL
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5500286
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777
Email: carolyn.bell@usdoj.gov